IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | |
| Plaintiff, | |
| vs. | Case No. 12-cv-1157-JPG |
| JOSE DE JESUS GARCIA and CINCO DE MAYO, | |
| Defendants. | |

## DEFAULT JUDGMENT

This matter having come before the Court, the defendants having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Joe Hand Promotions, Inc., and against defendants Jose de Jesus Garcia and Cinco de Mayo in the sum of $11,212.50 (consisting of $9,400.00 in statutory damages and $1,812.50 in attorney's fees and costs).

**NANCY J. ROSENSTENGEL, Clerk of Court**

**Dated:** February 19, 2013                          s/ Jina Hoyt, Deputy Clerk


**Approved**:   s/ J. Phil Gilbert
                **J. PHIL GILBERT
                UNITED STATES DISTRICT JUDGE**